Dismissed and Memorandum Opinion filed March 11, 2004









Dismissed and Memorandum Opinion filed March 11, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01146-CV

____________

 

HARRIS COUNTY
APPRAISAL DISTRICT, AND HARRIS COUNTY APPRAISAL REVIEW BOARD, Appellants

 

V.

 

TONNIE BUGGS, Appellee

 



 

On Appeal from the
11th District Court

Harris County, Texas

Trial Court Cause
No. 03-01552

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 7, 2003.

On March 2, 2004, appellants filed a motion to dismiss the
appeal because they no longer wish to pursue the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 11, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.